IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| ROMALLIC DYNEL NASH, JR. | § | |
| VS. | § | CIVIL ACTION NO.  1:22-CV-218 |
| JEFF LNU | § | |

ORDER ADOPTING THE MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Romallic Dynel Nash, Jr., a prisoner currently confined at the Richland Parish Detention Center, proceeding *pro se*, filed this civil rights action pursuant to 42 U.S.C. § 1983 against a front desk clerk employed at the Econo Lodge Inn & Suites in Beaumont, Texas.

The Court referred this matter to the Honorable Christine L. Stetson, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this Court. The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge.  The magistrate judge recommends dismissing the action without prejudice for want of prosecution pursuant to Federal Rule of Civil Procedure 41(b).

The Court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such order, along with the record and the pleadings.  Proper notice was given to Plaintiff at his last known address.  *See* FED. R. CIV. P. 5(b)(2)(c).  Plaintiff acknowledged receipt of the Report and Recommendation on February 9, 2023.  No objections to the Report and Recommendation of United States Magistrate Judge were filed by the parties.

## ORDER

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct, and the Report and Recommendation of United States Magistrate Judge [Dkt. 14] is ADOPTED. A final judgment will be entered in this case in accordance with the magistrate judge's recommendation.

**SIGNED this 18th day of April, 2023.**

Michael J. Truncale
United States District Judge